UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abraham B. Rosenberg,
Plaintiff

v.

Enhanced Recovery Company, LLC,
Defendant(s).

Docket No. 7:12-cv-06741-ER

NOTICE AND ORDER OF ~~STIPULATION TO~~ DISMISSAL WITH PREJUDICE

Abraham B. Rosenberg, Plaintiff, hereby stipulates to the dismissal of the above-entitled and numbered action, with prejudice.

Respectfully submitted,
September 24, 2012

By: s/ Aryeh L. Pomerantz
Aryeh L. Pomerantz, Esq.
Fredrick Schulman & Associates
Attorneys at Law
30 East 29TH Street
New York, New York 10016
(212) 796-6053
aryeh@fschulmanlaw.com
Attorney for Plaintiff

The foregoing stipulation is hereby approved and this action is hereby dismissed with prejudice this 12 day of October, 2012.

_____
~~JUDGE PRESIDING~~
EDGARDO RAMOS, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2012